REVERSED AND REMANDED.

THE other judges concur.

---

BRICE BLACK, PLAINTIFF IN ERROR, V. ANTON CABON, DEFENDANT IN ERROR.

BY THE COURT.

The question involved in this case is the same as that in *Black v. Cabon,* just decided, and the same judgment will be entered.

The judgment of the district court is reversed, and the cause remanded for further proceedings.

REVERSED AND REMANDED.